

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. WR-91,169-01

---

### EX PARTE LUIS ARROYOS, Applicant

---

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. D-1-DC-20-202372 IN THE DISTRICT COURT
### FROM TRAVIS COUNTY

---

*Per curiam.*

### O R D E R

This is an Application for Original Writ of Habeas Corpus. Applicant alleges that, on April 4, 2020, the State charged him with state-jail felony drug possession. Applicant, who acknowledges having a prior conviction for assault, alleges that he sought pretrial release on a personal bond. The magistrate, Applicant alleges, denied him personal bond due to Governor Greg Abbott's Executive Order GA-13, which had been issued on March 29, 2020. Through a series of legal holdings in other litigation regarding the Governor's Order, enforcement of the Governor's Order was temporarily enjoined. Applicant concedes that he has now been released on a personal bond.

In original habeas to this Court, filed through counsel on April 14, 2020, Applicant argues that the Governor's Order is "unconstitutional, null, and void." The State has not yet had the

opportunity to respond.

The State, through the Travis County District Attorney's Office and the Texas Attorney General's Office, is invited to respond to Applicant's Application for Original Writ of Habeas Corpus. The parties are also invited to address these following issues: (1) whether Applicant is restrained in his liberty so as to warrant some form of relief through an original habeas corpus application; and (2) assuming Applicant is so restrained, whether Applicant has an adequate remedy in a lower court. Any response shall be electronically filed with this Court no later than Friday, April 17, 2020, at 2:00 p.m.

Filed: April 15, 2020
Do not publish